# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of a Subpoena to Testify at a Deposition in a Civil Action for Jefferson B. Sessions | Case No. 23-mc-00016 |
| Wilbur P.G., et al., <br><br> Plaintiffs, <br><br> v. <br><br> The United States of America, <br><br> Defendant. | In the United States District Court for the Northern District of California **(Related Case)** Magistrate Judge Kandis A. Westmore <br><br> Case No. 4:21-cv-04457-KAW |

## DECLARATION OF TRAVIS SILVA IN SUPPORT OF PLAINTIFFS' MOTION TO TRANSFER VENUE AND OPPOSITION TO MOTION TO QUASH

Donald M. Briskman (Fed Ct. Id. BRISD9863)
S. Joshua Briskman (Fed Ct. Id. BRISS5912)
BRISKMAN & BINION, P.C.
205 Church Street
Mobile, AL 36602
Tel:   (251) 433-7600
Fax:   (251) 433-4485
dbriskman@briskman-binion.com
JBriskman@Briskman-Binion.com

Brook Dooley*
Travis Silva*
Christopher S. Sun*
KEKER VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
bdooley@keker.com
tsilva@keker.com
csun@keker.com

*Applications for admissions pro hac vice pending*

Attorneys for Plaintiffs Wilbur P.G., et al.

**DECLARATION OF TRAVIS SILVA IN SUPPORT OF PLAINTIFFS' MOTION TO TRANSFER VENUE
AND OPPOSITION TO MOTION TO QUASH**
Case No. 23-mc-00016

2391584

I, Travis Silva, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Keker, Van Nest & Peters LLP, and counsel for Plaintiffs Wilbur P.G., et al, in the underlying action in the Northern District of California. I have personal knowledge of the matters set forth herein and, if called upon as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Complaint for Damages under the Federal Tort Claims Act, Dkt. 1, *Wilbur P.G., et. al. v. United States of America*, No. 4:21-cv-04457-KAW (N.D. Cal. June 10, 2021) ("*Wilbur P.G.*");

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendant's Motions to Transfer and Dismiss Plaintiffs' Complaint, Dkt. 29, *Wilbur P.G.* (Jan. 5, 2022);

4. Attached hereto as **Exhibit C** is a true and correct copy of the Court's Case Management and Pretrial Order for Bench Trial, Dkt. 53, *Wilbur P.G.* (Aug. 11, 2022);

5. Attached hereto as **Exhibit D** is a true and correct copy of the Court's Further Case Management Minutes, Dkt. 74, *Wilbur P.G.* (Apr. 18, 2023);

6. Attached hereto as **Exhibit E** is a true and correct copy of the transcript of the Case Management Conference on July 25, 2023, *Wilbur P.G.* (July 25, 2023);

7. Attached hereto as **Exhibit F** is a true and correct copy of the Parties' Joint Discovery Letter Brief re: Motion to Compel Sessions and Nielsen Depositions, Dkt. 98, *Wilbur P.G.* (Sept. 15, 2023);

8. Attached hereto as **Exhibit G** is a true and correct copy of the Court's Order Granting Plaintiffs' Request to Compel Sessions and Nielsen Depositions, Dkt. 103, *Wilbur P.G.* (Sept. 25, 2023);

9. Attached hereto as **Exhibit H** is a true and correct copy of the Court's Order Denying Defendant's Request to Compel Discovery, Dkt. 105, *Wilbur P.G.* (Sept. 27, 2023);

10. Attached hereto as **Exhibit I** is a true and correct copy the Court's Order Denying

1

**DECLARATION OF TRAVIS SILVA IN SUPPORT OF PLAINTIFFS' MOTION TO TRANSFER VENUE AND OPPOSITION TO MOTION TO QUASH**
Case No. 23-mc-00016

2391584

Plaintiffs' Request to Compel Discovery, Dkt. 113, *Wilbur P.G.* (Oct. 3, 2023);

11. Attached hereto as **Exhibit J** is a true and correct copy of the Court's Order Regarding the 10/6/23 Status Conference, Dkt. 114, *Wilbur P.G.* (Oct. 3, 2023);

12. Attached hereto as **Exhibit K** is a true and correct copy of an email exchange between counsel for Plaintiffs, counsel for former Attorney General Jefferson B. Sessions, and counsel for former Secretary of Homeland Security Kirstjen Nielsen, *Wilbur P.G.* (Oct. 5, 2023);

13. Attached hereto as **Exhibit L** is a true and correct copy of the Parties' Court-Approved Scheduling Stipulation, Dkt. 119, *Wilbur P.G.* (Oct. 6, 2023);

14. Attached hereto as **Exhibit M** is a true and correct copy of the Subpoena Plaintiffs served on former Attorney General Sessions on October 9, 2023, with personal identifying information redacted, *Wilbur P.G.* (Oct. 9. 2023);

15. Attached hereto as **Exhibit N** is a true and correct copy of the transcript of the Status Conference on October 10, 2023, *Wilbur P.G.* (Oct. 10, 2023);

16. Attached hereto as **Exhibit O** is a true and correct copy of an email exchange between counsel for Plaintiffs and counsel for former Secretary Nielsen, *Wilbur P.G.* (Oct. 19, 2023);

17. Attached hereto as **Exhibit P** is a true and correct copy[1] of Plaintiffs' Motion for Leave to Conduct Former Secretary Nielsen's Deposition, Dkt. 302, in *C.M. v. United States*, No. 2:19-cv-05217-SRB (D. Ariz. Oct. 31, 2022) ("*C.M.*");

18. Attached hereto as **Exhibit Q** is a true and correct copy of Defendant's Opposition to Motion for Leave to Conduct Former Secretary Nielsen's Deposition, Dkt. 315, *C.M.* (Nov. 14, 2022);

19. Attached hereto as **Exhibit R** is a true and correct copy of an Order Denying Plaintiffs' Motion for Leave to Conduct Former Secretary Nielsen's Deposition, Dkt. 325, *C.M.*

---

[1] The *C.M.* motion papers were supported by numerous exhibits, none of which Plaintiffs cite in their papers in this Court. In the interest of conserving resources, those exhibits are omitted from Exhibits P, Q, S, and T. Plaintiffs will provide them if the Court so desires.

(Nov. 30, 2022);

20. Attached hereto as **Exhibit S** is a true and correct copy of Defendant's Motion for Summary Judgment, Dkt. 371, *C.M.* (Mar. 9, 2023);

21. Attached hereto as **Exhibit T** is a true and correct copy of Defendant's Reply in Support of Motion for Summary Judgment, Dkt. 424, *C.M.* (May 24, 2023);

22. Attached hereto as **Exhibit U** is a true and correct copy of an Order granting Plaintiffs' Motion for Preliminary Injunction, Dkt. 83, in *Ms. L v. U.S. Immigration and Customs Enforcement*, No. 3:18-cv-00428-DMS-MDD (S.D. Cal. June 26, 2018).

23. Attached hereto as **Exhibit V** is a true and correct copy of a Department of Justice Office of the Inspector General Report entitled "Review of the Department of Justice's Planning and Implementation of Its Zero Tolerance Policy and Its Coordination With the Departments of Homeland Security and Health and Human Services, revised January 2021."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 20, 2023, in San Francisco, California.

_____
Travis Silva

3
**DECLARATION OF TRAVIS SILVA IN SUPPORT OF PLAINTIFFS' MOTION TO TRANSFER VENUE AND OPPOSITION TO MOTION TO QUASH**
Case No. 23-mc-00016

2391584